

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-12-00692-CR

Style:          Giovanni Mora

         **v.** The State of Texas

Date motion filed*:          October 11, 2013

Type of motion:          Motion for extension of time within which to file appellate brief and request for order to return the record

Party filing motion:          The State

Document to be filed:          The State's brief

Is appeal accelerated?      No

If motion to extend time:

     Original due date:          September 6, 2013

     Number of previous extensions granted:      1          Current Due date: October 11, 2013

     Date Requested:          November 11, 2013

Ordered that motion is:

     ☑      Granted in part and denied in part

         If document is to be filed, document due: **November 12, 2013**

         ☐      The Court will not grant additional motions to extend time absent extraordinary circumstances.

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

     **The State's motion for extension of time to file its brief is granted. The State's request for an order directing appellant's counsel to return the clerk's and reporter's records to the district clerk's office is denied. The 11-volume reporter's record was filed with this Court on September 27, 2012, and may be withdrawn from the Clerk's Office.** *See* **TEX. R. APP. P. 12.4, 37.2.**

Judge's signature:    /s/ <u>Justice Terry Jennings</u>
                 ☑ Acting individually      ☐ Acting for the Court

Panel consists of       _____

Date: November 5, 2013

November 7, 2008 Revision